# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 21, 2012

No. 12-30358
Summary Calendar

Lyle W. Cayce
Clerk

GEORGE B. DEDUAL, III,

Plaintiff - Appellant

v.

UNITED STATES POSTAL SERVICE, John E. Potter, Postmaster General,

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-2874

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given in that court's order of February 29, 2012.

The appellant has not presented evidence of discrimination or retaliation as was fully explained in that order and not answered by the brief to this court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.